# In the United States Court of Federal Claims

Edmund Morris

Kennedy

~~Edward Thomas Kennedy,~~

GTG

4/22/2018

Plaintiff(s),

v.

THE UNITED STATES,

Defendant.

)
)
)
)
)
)
)
)
)
)

# 18-942    C

Case No. _____

Judge _____

**FILED**

JUN 2 8 2018

U.S. COURT OF
FEDERAL CLAIMS

## <u>COMPLAINT</u>

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

see attached

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

RECEIVED - USCFC

JUN 2 8 2018

## 2. PARTIES

Plaintiff, Kennedy _____ , resides at 401 Tillage Rd _____

(Street Address)

Breinigsville, PA 18031 _____ , 4152751244 _____

      (City, State, ZIP Code)                      (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?  ◯ Yes ◉ No

If yes, please list the case(s) below, including case number(s):

not 100% sure, probably not

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

see attached

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

see attached

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  22      day of  June            ,  2018    .
            (day)              (month)              (year)

_____  (Seal)
         Signature of Plaintiff(s)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS


EDWARD THOMAS KENNEDY,

                Plaintiff,

          v.

                                             Case No. _____

UNITED STATES OF AMERICA,
United States Government, Commonwealth
of Pennsylvania, Robert Mahalchick, Borough of
Minersville, Megan Paul, Michael Combs, Richard
Charles Clink, Walter J. Miscavage, William Angelo,
Joseph Post, Albert Joseph Evans, Frederick James
Fanelli, Sudhir Raman Patel, Martin Joseph Cerullo,
Thomas Westerman Wolf Joshua David Shapiro, Thomas
G. Saylor, Robert D. Castille, Michael Andrew O'Pake,
Thomas Patrick Pellish, Christine Anne Holman,
David G. Argall, Neal Patrick Goodman, Matthew Cartwright,
David A. Plachko, Joseph Groody, Frank J.
Staudenmeier, Karen L. Domalakes, Michael
J. Stine, Rubright, Domalakes, Troy & McDonald
(Attorneys at Law),  Cerullo, Datte & Burke, P.C.,
Fanelli, Evans & Patel, P.C., Robert Benjamin
Patton, County of Schuylkill,  County of Schuylkill
Court of Common Pleas, George Francis
Halcovage, Gary Hess, Martin Heckman,
Brian Tobin, County of Lehigh, Upper Macungie
Township, Joseph N. Hanna, Martin Wayne
Nothstein, Percy H. Dougherty, Phillips A.
Armstrong,  Robert Ibach, Edgardo A. Colon,
Upper Macungie Township, Bar Association
of Lehigh County, Schuylkill County Bar
Association, Pennsylvania Bar Association,
Stephen J. Marshall, James Bernard Martin,
Patrick Joseph Toomey, Robert Evanchek,
Bradley J. Getz, Tyree C. Blocker, Richard
H. D'Ambrosia, Pennsylvania State Police,
The Disciplinary Board of the Supreme Court
of Pennsylvania, Glenn T. Roth, Maria Casey,
Megan Brennan, Thomas J. Marshall,
United States Postal Service, and the Federal
Reserve Bank of New York,

Plaintiff's Original Complaint

RECEIVED - USCFC

JUN 2 8 2018

Defendants,
Complaint

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

1.      Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") is one of the people of the Pennsylvania, and in this court of record complains of each of the following: United States of America, United States Government, Commonwealth of Pennsylvania, Robert Mahalchick, Borough of Minersville, Megan Paul, Michael Combs, Richard Charles Clink, Walter J. Miscavage, William Angelo, Joseph Post, Albert Joseph Evans, Frederick James Fanelli, Sudhir Raman Patel, Martin Joseph Cerullo, Thomas Westerman Wolf, Joshua David Shapiro, Thomas G. Saylor, Robert D. Castille, Michael Andrew O'Pake, Thomas Patrick Pellish, Christine Anne Holman, David G. Argall, Neal Patrick Goodman, Matthew Cartwright, David A. Plachko, Joseph Groody, Frank J. Staudenmeier, Karen L. Domalakes, Michael J. Stine, Rubright, Domalakes, Troy & McDonald (Attorneys at Law), Cerullo, Datte & Burke, P.C., Fanelli, Evans & Patel, P.C., Robert Benjamin Patton, County of Schuylkill, County of Schuylkill Court of Common Pleas, George Francis Halcovage, Gary Hess, Martin Heckman, Brian Tobin, County of Lehigh, Upper Macungie Township, Joseph N. Hanna, Martin Wayne Nothstein, Percy H. Dougherty, Phillips A. Armstrong, Robert Ibach, Edgardo A. Colon, Upper Macungie Township, Bar Association of Lehigh County, Schuylkill County Bar Association, Pennsylvania Bar Association, Stephen J. Marshall, James Bernard Martin, Patrick Joseph Toomey, Robert Evanchek, Bradley J. Getz, Tyree C. Blocker, Richard H. D'Ambrosia,

Pennsylvania State Police, The Disciplinary Board of the Supreme Court of Pennsylvania, Glenn T. Roth, Maria Casey, Megan Brennan, Thomas J. Marshall, United States Postal Service, and the Federal Reserve Bank of New York, "Bandits"; who are each summoned to answer and declare under penalty of perjury the said in a plea of trespass, trespass on the case, trespass on the case - vicarious liability, failure to provide a republican form of government and trover, to wit:

INTRODUCTION

2.      Each Bandit exceeded their jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully injured against his will, without jurisdiction or good cause. Said Bandits, without good cause, harmed Kennedy.

3.      From the moment he was harmed till the present, Kennedy, under color of law, was kept in constructive financial imprisonment. Although he objected to the assumed jurisdiction, those who kept him financially imprisoned under color of law did not respond to any of his demands and requests for proof of jurisdiction or for reinstatement of his liberty or the return of stolen property from Kennedy. They continued to assume the jurisdiction without proof of jurisdiction or any attempt at proof of jurisdiction. Kennedy continues to be subject, under color of law, to the assumed jurisdiction, will and control of the Bandits.

4.      Through the courts, Kennedy encourages the government to obey the law.

SPECIFICS

5.      Each defendant acted in such a way, or failed to act in such a way, that Kennedy is deprived of his liberty. Each defendant acted to deprive Kennedy of his liberty,

especially his financial liberty, or each defendant failed to act to prevent the loss by Kennedy of his liberty. Further, each defendant is a willing participant in concert with each of the remaining defendants.

6.     At all times mentioned in this action each defendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said agency. The following paragraphs describe what the Bandits, under color of law, either acted or failed to act as obligated.

7.     Each defendant exceeded his jurisdiction under color of law. Each defendant acted in concert with the remaining defendants to affect the unlawful loss of liberty of Kennedy.

8.     Kennedy was denied filing his Counterclaim by the Commonwealth of Pennsylvania County of Schuylkill court clerk, Exhibit 2, incorporated herein by reference as though fully stated herein.

9.     Defendants ignored Kennedy's objections, and proceeded under color of law and stole from Kennedy.

10.     Defendants have a duty to not cause Kennedy to be harmed under color of law, to not cause loss of liberty.

11.     Further, defendants have a duty to prove jurisdiction when objection to jurisdiction is asserted.

12.     Defendants have breached that duty.

13.     The damages for the injury caused by defendants' actions are $1,000 for each day of unlawful behaviors for each defendant.

14.    The damages for the injury caused by defendant's' absence of required action is $5,000 for each failure to act for each defendant.

SECOND CAUSE OF ACTION – TRESPASS ON THE CASE

15.    Paragraphs 1 through 14 are included by reference as though fully stated herein.

16.    By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right, Kennedy reasonably expects to exercise his right to liberty.

17.    Defendants have a legal duty to use due care and not cause an injury to Plaintiff Kennedy or interfere with said rights in any way.

18.    Defendants breached that duty by proximately or legally, directly and indirectly, causing the injuries to Plaintiff Kennedy.

19.    The damages claimed are all a result of the injuries.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE -VICARIOUS LIABILITY

20.    Paragraphs 1 through 19 are included by reference as though fully stated herein.

21.    Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

22.    The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part

in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

23.     Each defendant is an agent of the other, and each has his place in the chain of exposing plaintiff Kennedy to the actors. Each defendant is vicariously liable for each instance of injury to plaintiff.

FOURTH CAUSE OF ACTION – FAILURE TO PROVIDE A REPUBLICAN FORM OF GOVERNMENT

24.     Paragraphs 1 through 23 are included by reference as though fully stated herein.

25.     Kennedy wishes Defendants to not breach their fiduciary duty to Kennedy. Kennedy wishes Saylor to cease and desist with King's Bench, which offends we the people, this court of record, and the Constitution. Saylor is not King of Commonwealth of Pennsylvania.

26      Kennedy wishes Defendants to not breach their oaths of offices and obey the Constitution.

27.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority.

28.     The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy. The business model of the Bandits especially Commonwealth of Pennsylvania, County of Schuylkill Court of Common Pleas and United States Postal Service is based on a foundation of deceptions, lies and fraud.

29.     The damages claimed are all a result of the injuries.

FIFTH CAUSE OF ACTION – ACTION OF TROVER

30.     Paragraphs 1 through 29 are included by reference as though fully stated herein.

31.     Bandits, notably Borough of Minersville wrongly took, that is stole, Kennedy's personal property and his trade secrets.

32.     Plaintiff Kennedy has the right to demand and redeem lawful money[1] from the Bandits.

33.     If Plaintiff had known in good faith he could have been redeeming lawful money all along and from the Bandits, especially Commonwealth of Pennsylvania, he would have done so nunc pro tunc.

34.     Bandits have been unlawfully using the interest on Plaintiff's funds during the time said herein.

35.     It is Plaintiff's right to demand lawful money, and it is nobody else's legal determination.

---

[1] Plaintiff's right to lawful money is found at Title 12 Section 411 [United States Code] and Section 16 of the Federal Reserve Act.

Plaintiff's Original Complaint

36.    Plaintiff may demand lawful money at any time from the Bandits.[2]

37.    Plaintiff hereby demands lawful money from the Defendants Nunc pro tunc.

38.    It is not for the defendants or this Court to decide what is lawful money. Only Congress, and not the Defendants can decide what's lawful money.

39.    The damages claimed are all a result of the injuries.

### LAW OF THE CASE

40.    Exhibit "1" is incorporated by reference as though fully stated herein. The date of the claim is the date of the hearing. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.[3]

### REQUEST FOR RELIEF

41.    For that cause of action therefore Plaintiff brings his suit.

42.    WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

On all causes of action:

43.    For general damages in the sum of $1,000 for each day of unlawful behaviors for each defendant, or $1,000,000.00 from each defendant, whichever is greater;

44.    For damages for the injury caused by defendant's' absence of required actions of $5,000 for each failure to act; or $5,000,000.00 from each defendant, whichever is greater;

---

[2] [Address Before the Governor's Conference at the White House, March 6, 1933; The Public Papers and Addr of Franklin D. Roosevelt, 1928-1932]
Link here: http://www.presidency.ucsb.edu/ws/index.php?pid=14617
[3] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It U The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

Plaintiff's Original Complaint

45.    That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

46.    That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege, and especially order Saylor to cease and desist with King's Bench.

47.    That the court enter a declaratory judgment that defendants' actions were in excess of statutory jurisdiction, authority and short of statutory right;

48.    That the court permanently enjoin defendants from interfering in any way with Kennedy's lawful rights and provide him with a lawful government;

49.    That the court permanently enjoin defendants from interfering in any way with Kennedy's lawful rights and honor their fiduciary duty to Kennedy;

50.    That the court grant such, other and further relief as the court deems proper;

51.    For interest as allowed by law;

52.    For costs of suit incurred;

53.    That the court grant his attorneys fees; and

54.    I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Date: June 23, 2018, County of Lehigh, Pennsylvania.

SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania

Plaintiff's Original Complaint

Email: kennedy12@protonmail.ch
Telephone: 415-275-1244.
Fax: 570-609-1810.

## CERTIFICATE OF SERVICE

I certify that on June 23, 2018 that filed a copy of the above Complaint, Certificate of

Service, Exhibit 1 and Exhibit 2 with the Clerk of the Court for at the office of the Clerk of

Court at United States Court of Federal Claims at Howard T. Markey National Courts Building,

717 Madison Place, N.W., Washington, DC 20439 by email and  fax numbers as indicated herein

to the following:

> For the United States, United States of America,
> Jefferson Beauregard Sessions, Attorney General
> US Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
> Fax number 202-514-6866 and
> Email to Catriona.M.Coppler@usdoj.gov

SEAL

_____
Edward Thomas Kennedy
Plaintiff.

Exhibit 1

**Exhibit 1**

LAW OF THE CASE

1.      Through the courts, Kennedy wishes and encourages the government to obey the law. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. [1] In a court of record, a judge has no discretion.   Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).  An "attorney in equity" is one who practices before an equity court.

2.      Through the courts, Plaintiff encourages the government to obey the law.

3.      The following was found as a result of a search for "judicial immunity" at http://www.findlaw.com/casecode. Absolute Judicial immunity is a myth[2] A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

a. when he is performing a non-judicial act, or b. when he acts in the complete absence of all jurisdiction. The following was found as a result of a search for "judicial immunity" at http://www.findlaw.com/casecode/

4.      Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).  There is no legislative foundation for any Bar member to "practice" law.

5.      Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.      The California 1879 Constitution defines all California courts to be courts of record.[3]

7.      State of California, State of Texas[4] and Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution.[5]

8.      "Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights) [6]

9.      Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." [7] This means the nisi prius court is a

---

[1] See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

[2] Is a state court judge, who has been individually divested of all jurisdiction over a case by virtue of being affirmatively disqualified, who refuses to acknowledge his own divestment, and thereafter commits unconstitutional torts solely under color of the case in which he knows, and should know, that he has lost all jurisdiction, subject to 42 U.S.C. 1981-88 liability? The answer is yes, see Hirschfeld v Rodgers.

[3] California Constitution, Article 6 Judicial, Sec. 1. The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record.

[4] The previous six were adopted in 1827 (while Texas was still part of Mexico), 1836 (as the Republic of Texas), 1845, 1861, 1866 and 1869. The current constitution is among the longest of state constitutions in the United States.

[5] Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968. Also see John J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90.

[6] http://www.un.org/en/universal-declaration-human-rights/

[7] https://www.thefreedictionary.com/Nisi+prius

# Exhibit 1

Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record," but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.    Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record.

11.    In California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.    A court of record is a court which must meet the following criteria:
1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)

Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

13.    Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

14.    "Nisi prius" is a Latin term. Individually, the words mean thus:
"Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,''order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless he party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15.    "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16.    It is a matter of right that one may demand to be tried in a <u>court of record</u>. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

17.    For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

18.    During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

19.    The dictionary does not lie in its definition of a nisi prius court but it does omit some important information. Namely, that it is a court that has been set up by prior agreement

**Exhibit 1**

assumed because when the three statutory options [guilty, not guilty, nolo contendere] were presented to the defendant he chose one. He thus failed to enforce his right to be prosecuted in a court of record.

20.     Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority. Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21.     Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.     The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law.On the other hand, a court of record, so long as it meets the criteria, is a true superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) out ranks the inferior court not of record".

23.     Government Manipulation of Language [8] The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favour.

Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There are at least two "person" in law:     A natural-person is a legal entity for the human-being.

An artificial-person is a legal entity that is not a human being. [9]

24.     The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) by laws.

25.     The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes, unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary. Basically, they are defined as follows:

a.     from the Canadian Law Dictionary one can find that:
individual means a natural person,

b.     from the Income Tax Act find the re-definition:
individual means an artificial person.

---

[8] Source: http://www.natural-person.ca/govtricks.html.
[9] Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attached - e.g. a body corporate.

## Exhibit 1

  c.  from the Canadian Law Dictionary find that:
person means an individual (natural person) or incorporated group (artificial person),
  d.  from the Interpretation Act find the re-definition:
person means a corporation (an artificial- person),
  e.  from the Income Tax Act find the re-definition again:
person means an artificial person (amongst other things).
  26.  In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.
  27.  The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas in reality it restricts the definition in the same manner that "means" restricts the definition.
  28.  Here is a means definition of the word "person" from the Bank Act:
person means a natural person, an entity or a personal representative;
  29.  Here is an includes definition of the word "person" from the Interpretation Act:
person, or any word or expression descriptive of a person, includes a corporation
To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)
  30.  Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:
person means A or B or C (and nothing else).
person includes A and B and C (and nothing else).
  31.  From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".
  32.  There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.
The definition of the word include is key to understanding the potential loss of the natural-person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.
  33.  The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:
  also includes
  and includes
  includes, without limitation,
  including
  including but not limited to
  34.  The expansive definitions usually take the following form:
person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this

possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.
So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35.    The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36.    The foregoing analysis is one interpretation, but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37.    With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:
province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut .

38.    With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39.    So in order to not become absurd, we must allow for "and includes" to be expansive, however more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40.    Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41.    From Black's Law Dictionary, fourth edition, here is the definition for the word "include":
include. To confine within, hold as in an inclosure, take in , attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words theretofore used.
inclose. To surround; to encompass; to bound; fence, or hem in, on all sides.
It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand the participle,including (but not limited to) enlarges the scope.

42.    Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43.    It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44.    For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, finda that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45.    The breakdown usually occurs when slavery is invoked.

46.    Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

## Exhibit 1

47.     The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.

48.     Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. [10]

49.     A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. [11] CONFIRMATIO CARTARUM, October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law.

50.     The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta. [12]

51.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

52.     We the people of this state do not yield their sovereignty to the agencies that serve them.

53.     The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

54.     The Judiciary Act of 1789 states "…saving to suitors in all cases the right of a common-law remedy, where the common law is competent to give it."

55.     This saving to suitors clause of 1789 also allows for the exclusive original cognizance by Congress and by the United States Government of all seizures on land. i.e. "reprisal." Congress was required to write the remedy from elastic currency into Section 16 of the Federal Reserve Act, which reads: "They [Federal Reserve Notes] shall be redeemed in gold on demand at the Treasury Department of the United States, or in gold or lawful money at any

---

[10] 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas
Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v.
Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

[11] Jones v. Jones, 188
Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass.,
171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y.
406, 155 N.E. 688, 689.

[12] See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated
College Presses, 32 Washington Place, New York 3, New York.

Exhibit 1

Federal Reserve bank." Notice to the court of Section 16 of the Federal Reserve Act of 1913, which was codified into Title 12, Section 411, and is hereby incorporated by reference herein.

56.    Congress was required to write the remedy from elastic currency into Section 16 of the Federal Reserve Act, which reads:  "They [Federal Reserve Notes] shall be redeemed in gold on demand at the Treasury Department of the United States, or in gold or lawful money at any Federal Reserve bank."

57.    Lawful Money is proper in this case.

58.    Kennedy has the right to demand and redeem lawful money.

58.    United States of America and Commonwealth of Pennsylvania has been unlawfully using the interest on Kennedy's funds.

59.    It is Kennedy's right to demand lawful money, and it is nobody else's legal determination.

60.    Kennedy may demand lawful money at any time.

61.    Kennedy hereby demands lawful money.

62.    It is not for the Defendants and especially the Federal Reserve Bank of New York to decide what is lawful money. Only Congress can decide what's lawful money.

Date: June 21, 2018, County of Lehigh, Pennsylvania.

/s/ Edward Thomas Kennedy (seal)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email: kennedy12@protonmail.ch
Telephone: 415-275-1244.
Fax: 570-609-1810.

Exhibit 2

INSTRUCTIONS
DO NOT FILE INSTRUCTIONS

May 30, 2018


Maria Casey, Clerk of Courts
Commonwealth of Pennsylvania
Court of Common Pleas
401 North Second Street
Pottsville, PA 17901

Dear Clerk of Courts Casey,

Re : Case NO.  CR-404-2017
COMMONWEALTH V KENNEDY

FILE ON DEMAND

THE INSTRUCTIONS ARE FILE ON DEMAND THE COUNTERCLAIM (ENCLOSED )
AND RETURN A STAMPED COPY (ALSO ENCLOSED) TO ME.

Thank you.


                                        Sincerely,

                                        Edward T. Kennedy
                                        401 Tillage Rd
                                        Breinigsville, PA 18031

# CLERK OF THE COURTS OFFICE
# OF SCHUYLKILL COUNTY

401 N. SECOND STREET
POTTSVILLE, PA 17901
Telephone (570) 628-1133
Facsimile (570) 628-1169

Maria Casey
Clerk of the Courts

Crista DiCasimiro
First Deputy

Frederick J. Fanelli, Esq.
Office Solicitor

Stacie Stoppie
Second Deputy

6/7/2018

Edward Kennedy
401 Tillage Road
Breinigsville, PA 18031

Mr. Kennedy:

The Clerk of the Courts Office of Schuylkill County, Pennsylvania is returning the enclosed item for the following reason(s):

The criminal docket number on this document is a closed case, which was dismissed. It appears that this filing is a civil matter. If you wish to contact the Prothonotary's office who handles all civil matters, their information is listed below.

Schuylkill County Prothonotary
Schuylkill County Courthouse
401 N. 2nd Street 1st Floor
Pottsville, PA 17901
Phone: (570) 628-1270

Sincerely,

Crista DiCasimirro
Crista DiCasimirro
First Deputy Clerk of Courts

Enc.

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

COMMONWEALTH OF PENNSYLVANIA,
                        Plaintiff,

        v.

EDWARD T. KENNEDY,

                Defendant,

---

EDWARD T. KENNEDY,

                Counterclaimant,

        v.

                                CASE NO. CR-404-2017
                                VERIFIED

COMMONWEALTH OF PENNSYLVANIA,
Robert Mahalchick, Borough of Minersville, Megan
Paul, Michael Combs, Richard Charles Clink, Walter J.
Miscavage, William Angelo, Joseph Post, Albert Joseph
Evans, Frederick James Fanelli, Sudhir Raman
Patel, Martin Joseph Cerullo, Thomas Westerman
Wolf Joshua David Shapiro, Thomas G. Saylor,
Robert D. Castille, Michael Andrew O'Pake, Thomas
Patrick Pellish, Christine Anne Holman, David G. Argall,
Neal Patrick Goodman, Matthew Cartwright,
David A. Plachko, Joseph Groody, Frank J.
Staudenmeier, Karen L. Domalakes, Michael
J. Stine, Rubright, Domalakes, Troy & McDonald
(Attorneys at Law),  Cerullo, Datte & Burke, P.C.,
Fanelli, Evans & Patel, P.C., Robert Benjamin
Patton, County of Schuylkill,  George Francis
Halcovage, Gary Hess, Martin Heckman,
Brian Tobin, County of Lehigh, Upper Macungie
Township, Joseph N. Hanna, Martin Wayne
Nothstein, Percy H. Dougherty, Phillips A.
Armstrong,  Robert Ibach, Edgardo A. Colon,
Upper Macungie Township, Bar Association
of Lehigh County, Schuylkill County Bar
Association, Pennsylvania Bar Association,
Stephen J. Marshall, James Bernard Martin,
Patrick Joseph Toomey, Robert Evanchek,

                        COUNTERCLAIM
                            -1-

Bradley J. Getz, Tyree C. Blocker, Richard
H. D'Ambrosia, Pennsylvania State Police,
The Disciplinary Board of the Supreme Court
of Pennsylvania, Glenn T. Roth, and the Federal
Reserve Bank of New York,

Counterdefendants.

COUNTERCLAIM

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

1.     Edward T. Kennedy, (hereinafter "Kennedy") is one of the people of
Pennsylvania, and in this court of record complains of each of the following:
Commonwealth of Pennsylvania, Borough of Minersville, Robert Mahalchick, Megan
Paul, Michael Combs, Richard Charles Clink, Walter J. Miscavage, William Angelo,
Joseph Post, Albert Joseph Evans, Frederick James Fanelli, Sudhir Raman Patel, Martin
Joseph Cerullo, Thomas Westerman Wolf,   Joshua David Shapiro, Thomas G. Saylor,
Robert D. Castille, Michael Andrew O'Pake, Thomas Patrick Pellish, Christine Anne
Holman, David G. Argall, Neal Patrick Goodman, Matthew Cartwright, David A. Plachko,
Joseph Groody, Frank J. Staudenmeier, Karen L. Domalakes, Michael J. Stine, Rubright,
Domalakes, Troy & McDonald (Attorneys at Law),  Cerullo, Datte & Burke, P.C., Fanelli,
Evans & Patel, P.C., Robert Benjamin Patton, County of Schuylkill, George Halcovage,
Gary Hess, Martin Heckman, Brian Tobin, County of Lehigh, Upper Macungie Township,
Joseph N. Hanna, Martin Wayne Nothstein, Percy H. Dougherty,  Phillips A. Armstrong,
Robert Ibach, Edgardo A. Colon, Upper Macungie Township, Bar Association of Lehigh
County, Schuylkill County Bar Association, Pennsylvania Bar Association, Stephen J.

Marshall, James Bernard Martin, Patrick Joseph Toomey, Robert Evanchek, Bradley J. Getz, Tyree C. Blocker, Richard H. D'Ambrosia, Pennsylvania State Police, The Disciplinary Board of the Supreme Court of Pennsylvania, Glenn T. Roth, and the Federal Reserve Bank of New York, (each hereinafter "Kidnapper", and all collectively "Kidnappers"); who are each summoned to answer the said counterclaimant in a plea of trespass and trespass on the case, to wit:

INTRODUCTION

2.      Each Kidnapper exceeded their jurisdiction by either directly, through an agent, or in concert with another did cause counterclaimant Kennedy to be unlawfully and forcibly carried away and imprisoned[1] against his will, without jurisdiction or good cause. Said Kidnappers, without good cause, imprisoned counterclaimant Kennedy. During imprisonment the Kidnappers took further casual ill-considered actions to further imprison counterclaimant Kennedy for up to three days without trial or due process.

3.      From the moment he was taken away till the present, Kennedy, under color of law, was kept in actual or constructive imprisonment. Although he objected to the assumed jurisdiction, those who kept him imprisoned under color of law did not respond to any of his demands and requests for proof of jurisdiction or for reinstatement of his liberty. They continued to assume the jurisdiction without proof of jurisdiction or any attempt at proof of jurisdiction. Counterclaimant Kennedy continues to be subject, under color of law, to the assumed jurisdiction, will and control of the Kidnappers.

---

[1] Imprison: To confine a person or restrain his liberty in any way. Black's Law Dictionary, 5th Edition Imprisonment: ...it may be in a locality used only for the specific occasion; or it may take place without the actual application of any physical agencies of restraint (such as locks or bars), as by verbal compulsion and the display of available force. Black's Law Dictionary, 5th Edition.

4.     Under color of law, Kennedy was subjected to pseudo-psychological evaluations at the County of Lehigh prison, Allentown, Pennsylvania on August 28, 2017 and the County of Schuylkill prison on August 30, 2017.

SPECIFICS

5.     Each counterdefendant acted in such a way, or failed to act in such a way, that counterclaimant Kennedy is deprived of his liberty. Each counterdefendant acted to deprive counterclaimant Kennedy of his liberty; or each counterdefendant failed to act to prevent the loss by counterclaimant Kennedy of his liberty. Further, each counterdefendant is a willing participant in concert with each of the remaining counterdefendants.

6.     At all times mentioned in this action each counterdefendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said agency. The following paragraphs describe what the Kidnappers, under color of law, either acted or failed to act as obligated.

7.     Each counterdefendant exceeded his jurisdiction under color of law. Each counterdefendant acted in concert with the remaining counterdefendants to affect the unlawful loss of liberty of counterclaimant Kennedy.

8.     County of Schuylkill prison is at 230 Sanderson Street, Pottsville, PA 17901. Schuylkill County Courthouse is at 401 North Second Street, Pottsville, PA 17901. Lehigh County of Lehigh prison is at 38 North Fourth Street, Allentown, PA 18102.

9.     At no time has counterclaimant Kennedy ever entered a voluntary plea.

COUNTERCLAIM

-4-

10.     With a one page letter signed by M Judith Johnston, County of Lehigh employee, Johnston provided Kennedy with a false and/or fake, one page Bench Warrant signed by William E. Baldwin, the President Judge of this court.

11.     On January 10, 2018, Thomas Patrick Pellish provided Kennedy with signed, official records of Clink and Plachko, who both lied under oath in documents and records provided by Pellish to Kennedy.

12.     On June 2, 2017 between 2PM and 3PM local time at 401 Tillage Rd., Breinigsville, PA 18031, Kidnappers Colon, Hanna and Marshall threatened Kennedy with weapons under color of law.

13.     On August 28, 2017 at the Target store parking lot at 749 N Krocks Road, Allentown, PA 18106 at 10 am local time, Kidnappers used excessive force and transported Kennedy in handcuffs and chains to the County of Lehigh prison.

14.     On August 28, 2017 to August 30, 2017 inclusive at and in the County of Lehigh prison and County of Schuylkill prison, Kennedy was injured by the Kidnappers.

15.     On August 28, 2017 Kennedy was stripped naked, given a  rectal exam, forced to wear prison clothes, given physical and mental exams and caged in solitary confinement conditions based on the color of law.

16.     On August 30, 2017, Kidnapper Heckman transported Kennedy to County of Schuylkill prison under color of law injuring the Plaintiff as described herein.

17.     On August 30, 2017, Heckman and Tobin injured Kennedy with extreme deadly force.  Kennedy was again stripped naked, given a second rectal exam, forced again to wear prison clothes, again given physical and mental exams and again caged in solitary

confinement like conditions based on the color of law. Solitary confinement "drives men mad," Justice Anthony McLeod Kennedy said in 2015.

18.    On August 30, 2017, counterclaimant Kennedy was involuntarily brought before a court not of record and not a nisi prius court. Counterclaimant Kennedy objected to the jurisdiction of the court to James Goodman, Judge in this court and later objected to the jurisdiction of the court on to separate days and occasions to Charles Miller, also a Judge in this court.

19.    Counterdefendants Saylor, Holman, O'Pake, and Pellish without proof of jurisdiction, each ignored Kennedy's objections, and proceeded under color of law to continue his constructive imprisonment.

20.    Because of the actions committed with actual and implied force or the lack of action of the counterdefendants, counterclaimant was immediately and directly injured and suffered loss of liberty, and imprisoned under color of law.

21.    Counterdefendants have a duty to not cause counterclaimant Kennedy to be imprisoned under color of law, to not cause loss of liberty. Further, counterdefendants have a duty to prove jurisdiction when objection to jurisdiction is asserted.

22.    Counterdefendants have breached that duty.

23.    The damages for the injury caused by counterdefendants' actions are $50,000 for each day of unlawful imprisonment for each counterdefendant.

24.    The damages for the injury caused by counterdefendants' absence of required action is $5,000 for each failure to act.

SECOND CAUSE OF ACTION – TRESPASS ON THE CASE

25.    Paragraphs 1 through 24 are included by reference as though fully stated herein.

26.    By right, counterclaimant reasonably expects to proceed without injury, secure in his capacities. By right, counterclaimant reasonably expects to exercise his right to liberty.

27.    Counterdefendants have a legal duty to use due care and not cause an injury to Plaintiff or interfere with said rights in any way.

28.    Counterdefendants breached that duty by proximately or legally, directly and indirectly, causing the injuries to Plaintiff.

29.    The damages claimed are all a result of the injuries.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE -VICARIOUS LIABILITY

30.    Paragraphs 1 through 29 are included by reference as though fully stated herein.

31.    Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

32.    The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a counterdefendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the

ultimate victim to the actor. The vicariously liable counterdefendant must be in the business of controlling, leasing, bailing, or licensing the actors.

33. Each counterdefendant is an agent of the other, and each has his place in the chain of exposing counterplaintiff Kennedy to the actors. Each counterdefendant is vicariously liable for each instance of injury to counterplaintiff.

FOURTH CAUSE OF ACTION – FAILURE TO PROVIDE A REPUBLICAN FORM OF GOVERNMENT

34.     Paragraphs 1 through 33 are included by reference as though fully stated herein.

35.     Kennedy wishes Counterdefendants to not breach their fiduciary duty to Kennedy. Kennedy wishes Counterdefendants to not breach their oaths of offices and especially "Attorneys at law" and their private member associations and their published advertisements.

36.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

37.     The business model of Counterdefendants is based on a foundation of deceptions, lies and fraud, especially Commonwealth of Pennsylvania, Pennsylvania Bar Association and The Disciplinary Board of the Supreme Court of Pennsylvania.

38.     The damages claimed are all a result of the injuries.

## LAW OF THE CASE

39.     Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. [2] In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. The date of the counterclaim is the date of the hearing.

40.     Exhibit "1" is incorporated by reference as though fully stated herein.

## REQUEST FOR RELIEF

41.     For that cause of action therefore Plaintiff brings his suit.

42.     WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

On all causes of action:

43.     For general damages in the sum of $50,000 multiplied by the number of days in constructive and actual imprisonment;

44.     For general damages in the sum of $5,000 for each day of unlawful behaviors for each counterdefendant.

_____

[2] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

45.     That the court enter a declaratory judgment that counterdefendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

46.     That the court enter a declaratory judgment that counterdefendants have acted contrary to constitutional right, power or privilege;

47.     That the court enter a declaratory judgment that counterdefendants' actions were in excess of statutory jurisdiction, authority and short of statutory right;

48.     That the court permanently enjoin counterdefendants from interfering in any way with Kennedy's lawful rights and provide him with a lawful government;

49.     That the court permanently enjoin counterdefendants from interfering in any way with Kennedy's lawful rights and honor their fiduciary duty to Kennedy;

50.     That the court enter a declaratory judgment that the records of the court not of record are impeached for want of jurisdiction in the Court or judicial officers, for collusion between the parties, and/or for fraud in the parties offering the record, in respect to the proceedings;

51.     That the court grant counterclaimant his attorneys fees;

52.     That the court grant counterclaimant such, other and further relief as the court deems proper;

53. That the court order all the Kidnappers to return the value of all prison bonds created in these matters in this case and that these said bonds be given to Kennedy in lawful money;

54. For interest as allowed by law; and

55. For costs of suit incurred.

56. I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Date: May 30, 2018, County of Lehigh, Pennsylvania.

_____SEAL

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
kennedy12@pm.me
pillar.of.peace.2017@protonmail.com
Telephone: 415-275-1244..
Fax: 570-609-1810.

For the Fifth Circuit - Samuel A. Alito, Jr., Associate Justice
Notice: Petition served to Samuel Anthony Alito, Associate Justice of the Supreme Court of the United States, 1 First Street NE, Washington, DC 20543.
For the Ninth Circuit - Anthony M. Kennedy, Associate Justice
Notice: Petition served to Anthony McLeod Kennedy, Associate Justice of the Supreme Court of the United States,1 First Street NE, Washington, DC 20543.

## CERTIFICATE OF SERVICE
## COMMON LAW SERVICE OF PROCESS

<u>Notice to principal is notice to agent; notice to agent is notice to principal.</u>

<u>Notice to the County of Schuylkill Clerk Darlene Laughlin</u>
401 North Second Street, Pottsville, PA 17901 by email
dlaughlin@co.schuylkill.pa.us (email only)

   I certify that on May 30, 2018 that filed a copy of Counterclaim and Exhibit 1 with the Clerk of the Court of this court at 401 North Second Street, Pottsville, PA 17901 using US regular mail and to the following principals and agents:

Sent by US Mail and fax number <u>717-787-1734</u> to:
Robert Torres, Acting Secretary of State
Commonwealth of Pennsylvania Office of the Secretary
302 North Office Building
Harrisburg, PA 17120.

Sent by US Mail and fax number <u>717-787-8242</u> to:
Joshua David Shapiro (also known as Josh Shapiro)
Commonwealth of Pennsylvania Attorney General
Commonwealth of Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120.

Sent by US Mail and fax number <u>717-787-8284 and 717-787-4590 for:</u>
Commonwealth of Pennsylvania
Attention: Thomas Westerman Wolf, Governor
Commonwealth of Pennsylvania
225 Main Capitol
Harrisburg, PA 17120.

Sent by US Mail and fax number <u>717-787-8284 and 717-787-4590 for:</u>
Thomas Westerman Wolf, Governor
Commonwealth of Pennsylvania
225 Main Capitol
Harrisburg, PA 17120.

Glenn T. Roth, Risk Manager
County of Schuylkill
401 North Second Street
Pottsville, PA 17901-2528
groth@co.schuylkill.pa.us
(email only)

Darlene Laughlin, Schuylkill County Clerk
County of Schuylkill
401 North Second Street,
Pottsville, PA 17901
dlaughlin@co.schuylkill.pa.us
(email only)

(SEAL)

Edward T. Kennedy
Counterplaintiff.

**Exhibit 1**

LAW OF THE CASE

1.     Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. [1] In a court of record, a judge has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

2.     An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).   An "attorney in equity" is one who practices before an equity court.

3.     Through the courts, Plaintiff encourages the government to obey the law. Absolute Judicial immunity is a myth[2] A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

       a. when he is performing a non-judicial act, or

       b. when he acts in the complete absence of all jurisdiction.

4.     Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).

There is no legislative foundation for any Bar member to "practice" law.

5.     Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.     A Judge exercises his or her discretion because he or she is authorized by the statutes to exercise their discretion Most appeals of judges' decisions fail.  The appellate courts generally will not second guess a trial court's use of discretion.

7.     The California 1879 Constitution defines all California courts to be courts of record. [3] Counterdefendant Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution, [4] or simply satanic.

8.     "Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights) [5]

9.     Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." [6] This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a

---

[1] See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

[2] Is a state court judge, who has been individually divested of all jurisdiction over a case by virtue of being affirmatively disqualified, who refuses to acknowledge his own divestment, and thereafter commits unconstitutional torts solely under color of the case in which he knows, or should know, that he has lost all jurisdiction, subject to 42 U.S.C. 1981-88 liability? The answer is yes, see Hirschfeld v Rodgers.

[3] California Constitution, Article 6 Judicial, Sec. 1. The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record.

[4] Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968.See john J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90.

[5] http://www.un.org/en/universal-declaration-human-rights/

[6] https://www.thefreedictionary.com/Nisi+prius

# Exhibit 1

"court of no record," but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.    Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record. For the full explanation, see https://www.1215.org/lawnotes/lawnotes/courtrec.htm.

11.    In California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.    Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

13.    "Nisi prius" is a Latin term. Individually, the words mean thus:
"Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition.

14.    "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,''order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless he party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15.    "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16.    It is a matter of right that one may demand to be tried in a <u>court of record</u>.[7]
By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

17.    For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

18.    During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

19.    The dictionary does not lie in its definition of a nisi prius court but it does omit some important information. Namely, that it is a court that has been set up by prior agreement assumed because when the three statutory options [guilty, not guilty, nolo contendere] were

---

[7] a court of record is a court which must meet the following criteria:
1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)
    Note that a judge is a magistrate and is not the tribunal.
    The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government)

# Exhibit 1

presented to the defendant he chose one. He thus failed to enforce his right to be prosecuted in a court of record.

20.    Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority. Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21.    Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.    The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law. On the other hand, a court of record, so long as it meets the criteria, is a true superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) out ranks the inferior court not of record".

23.    Government Manipulation of Language [8] The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favour.

Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There are at least two "person" in law:    A natural-person is a legal entity for the human-being.

An artificial-person is a legal entity that is not a human being. [9]

24.    The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) by laws.

25.    The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes, unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary. Basically, they are defined as follows:

a.    from the Canadian Law Dictionary we find that:
individual means a natural person,

b.    from the Income Tax Act we find the re-definition:
individual means an artificial person.

c.    from the Canadian Law Dictionary we find that:

---

[8] Source: http://www.natural-person.ca/govtricks.html.

[9] Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attached - e.g. a body corporate.

**Exhibit 1**

person means an individual (natural person) or incorporated group (artificial person),

        d.       from the Interpretation Act we find the re-definition:

person means a corporation (an artificial- person),

        e.       from the Income Tax Act we find the re-definition again:

person means an artificial person (amongst other things).

        26.      In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

        27.      The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas in reality it restricts the definition in the same manner that "means" restricts the definition.

        28.      Here is a means definition of the word "person" from the Bank Act:

person means a natural person, an entity or a personal representative;

        29.      Here is an includes definition of the word "person" from the Interpretation Act:

person, or any word or expression descriptive of a person, includes a corporation

To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

        30.      Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:

person means A or B or C (and nothing else).

person includes A and B and C (and nothing else).

        31.      From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

        32.      There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.

The definition of the word include is key to understanding the potential loss of the natural-person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

        33.      The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:

        also includes

        and includes

        includes, without limitation,

        including

        including but not limited to

        34.      The expansive definitions usually take the following form:

person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.

**Exhibit 1**

So, if we presume that "and includes" does provide expansion then we must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35.    The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36.    The foregoing analysis is one interpretation, but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37.    With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:

province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut .

38.    With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39.    So in order to not become absurd, we must allow for "and includes" to be expansive, however more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40.    Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41.    From Black's Law Dictionary, fourth edition, here is the definition for the word "include":

include. To confine within, hold as in an inclosure, take in , attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words theretofore used.

inclose. To surround; to encompass; to bound; fence, or hem in, on all sides.

It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand the participle,including (but not limited to) enlarges the scope.

42.    Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43.    It is easy to be confused because we naturally assume the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44.    For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, finda that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45.    The breakdown usually occurs when slavery is invoked.

46.    Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

# Exhibit 1

47.     The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.

48.     Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. [10]

49.     A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. [11] CONFIRMATIO CARTARUM, October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law.

50.     The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta. [12]

51.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

52.     We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

53.     We the people of this state do not yield their sovereignty to the agencies that serve them.[13]

54.     The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Anser: The sovereign, the ultimate Judge.

55.     Law in the absence of any clarification means common law.

---

[10] 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

[11] Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[12] See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.

[13] Washington State RCW 42 17.251, public disclosure law.

INSTRUCTIONS DO NOT FILE INSTRUCTIONS

June 23, 2018

Lisa Reyes, Clerk of Court
U.S. Court of Federal Claims
717 Madison Pl NW,
Washington, DC 20005

Dear Clerk of Court,

      Please FILE ON DEMAND.
      This is the fourth complaint now filed with this Court.

Plaintiff Kennedy Objects to not having ECF access to file in all 4 cases.

I accept your oath of office and bind you to it, and remind you of your fiduciary duty to me, one of the people.

Thank you.

Sincerely,

Edward T. Kennedy
401 Tillage Rd
Breinigsville, Pennsylvania [18031]