Clear Form

# In The United States Court of Federal Claims

Cover Sheet

**18-942  C**

Plaintiff(s) or Petitioner(s)

Names: **Edward Thomas Kennedy**

Location of Plaintiff(s)/Petitioner(s) (city/state): **Breinigsville, PA 18031**

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____

Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____

Street Address: _____

City-State-ZIP: _____

Telephone & Facsimile Numbers: _____

E-mail Address: _____

RECEIVED
JUN 28 2018
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Is the attorney of record admitted to the Court of Federal Claims Bar?   ( ) Yes   (●) No

Nature of Suit Code: **528**
Select only one (three digit) nature-of-suit code from the attached sheet.

Amount Claimed: $ **5,000,000.00 plus**
Use estimate if specific amount is not pleaded.

Agency Identification Code: _____

Number of Claims Involved: _____

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____

Is plaintiff a small business?   ( ) Yes   (●) No

Was this action preceded by the filing of a protest before the GAO?   ( ) Yes   (●) No

If yes, was a decision on the merits rendered?   ( ) Yes   ( ) No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.   ( ) Yes   (●) No

172

RECEIVED - USCFC
JUN 28 2018